# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5109**                    **September Term, 2024**

1:25-cv-00532-TNM

**Filed On: June 12, 2025**

Associated Press,

      Appellee

      v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

      Appellants

## O R D E R

Upon consideration of appellee's emergency petition for rehearing en banc, which requests en banc reconsideration of the court's June 6, 2025 order partially granting appellants' motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                              Scott H. Atchue
                              Deputy Clerk